NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PATRICK KERR,                          )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D18-3989
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
_____ )

Opinion filed July 31, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Chris Helinger, Judge.

Patrick Kerr, pro se.


PER CURIAM.

          Affirmed.

LaROSE, BLACK, and BADALAMENTI, JJ., Concur.